UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                    Case No.     17-49325-mar
Samuel P. Lombard                  Chapter       13
                                                 Judge          Randon
_____ Debtor(s)/

## ORDER CONFIRMING PLAN AND VACATING AUTOMATIC STAY
## AS TO HOME LOAN INVESTMENT BANK, FSB

     The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

     Therefore, **IT IS HEREBY ORDERED** that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

     **IT IS FURTHER ORDERED** that the claim of **Brian J. Small/Thav Gross PC**, attorneys for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$FEES BY APPLICATION** in fees and **$COSTS BY APPLICATION** in expenses, and that the portion of such claim which has not already been paid, to-wit: **$FEES BY APPLICATION** shall be paid by the Trustee as an administrative expense of this case.

     **IT IS FURTHER ORDERED** that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

     All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore **ORDERED** to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

     **IT IS FURTHER ORDERED** as follows: [Only provisions checked below apply]
[x]     The Automatic stay is vacated as to Home Loan Investment Bank, FSB as the loan is current and shall be paid directly. The provisions of Fed. Rule Bankr.P.3002.1 no longer apply.

[x]     The Change to V.O. of the Chapter 13 plan is hereby stricken.

APPROVED:

/s/ Krispen S Carroll
Krispen S. Carroll
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
notice@det13ksc.com

/s/ Brian J. Small
Brian J. Small (P46901)
Garik Osipyants (P69952)
Thav Gross PC
30150 Telegraph Rd., Suite 444
Bingham Farms, MI  48025
(248) 645-1700
bankruptcy@thavgross.com

Objections Withdrawn:
/s/Kim Rattet
Kim Rattet
Attorney for Home Loan Investment Bank

Objections Withdrawn:

31440 Northwestern Hwy, Ste. 200
Farmington Hills, MI 48334-5422
248 642 2515
Easternecf@trottlaw.com

**Signed on October 17, 2017**



/s/ Mark A. Randon

Mark A. Randon
United States Bankruptcy Judge